# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>**Plaintiff,** )<br>)<br>v. ) **Case No. 8:21-cv-00102-SCB-AEP**<br>)<br>MIHIR TANEJA )<br>)<br>**Defendant.** )<br>_____ ) | |

### DEFENDANT'S NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X___ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*U.S. ex. rel. Silva, et al. v. Vici Marketing, et al., 8:15-cv-00444-T-33TGW*

*U.S. v. Frank Vincent Monte and Kimberley Sue Anderson, 8:18-cr-00142-T-35-JSS*

_____ IS NOT   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated: April 5, 2021.          Respectfully Submitted,

*/s/ A. Brian Albritton*
A. Brian Albritton, Esq.

>Florida Bar No. 0777773
>Phelps Dunbar LLP
>100 South Ashley Drive, Suite 2000
>Tampa, FL  33602
>Phone:  (813) 472-7557
>brian.albritton@phelps.com
>*Attorney for Defendant Mihir Taneja*

## CERTIFICATE OF SERVICE

I CERTIFY that on April 5, 2021, I electronically filed the foregoing Notice of Pendency of Related Actions with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

>*/s/ A. Brian Albritton*
>Attorney