**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DISTRICT**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**                          **Case No. 8:21-cv-00102-SCB-AEP**

**vs.**

**MIHIR TANEJA,**

     **Defendant.**
_____

**MEDIATION REPORT**

In accord with the mediation order, mediation occurred on **June 12, 2023.**

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __√__             All individual parties and their respective trial counsel.

    __√__             Designated corporate representatives.

    __n/a__            Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:  **None.**

(c)    The result of the mediation:

_____     The action completely settled.  In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the Mediator.

Comments:

_____     The action partially resolved.  Lead counsel must file within ten days a joint stipulation resolving the settled claims.  The following issues remain:

Comments:

__√___     The action neither settled nor failed to settle.

**Comments: The parties concluded to adjourn, rather than impasse, the mediation, so as to permit the parties and counsel to continue discussions which began at the mediation conference, with the assistance of the mediator. Those additional discussions pursuant to the mediation conference will conclude on or before June 23, 2023. Accordingly, no later than June 27, 2023, the undersigned mediator shall file with the Court a Supplemental Mediator's Report.**

_____     The parties failed to settle.

2

Reported on June 13, 2023, in Tampa, Florida.

/s/ Christopher L. Griffin
Christopher L. Griffin, Mediator
Florida Mediator Number 35934R
Griffin Mediation, LLC
4006 S. MacDill Avenue
Tampa, FL  33611
(813) 314-7449
chris@chrisgriffinmediation.com

cc:  Counsel of record (via CM/ECF)

3